# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HELEN C. HENDERSON,
    Plaintiff,

vs.                                    CASE NO. 8:07-CIV-2216-T-17-MSS

TACO BELL,
    Defendant.
_____/

## ORDER

      This cause is before the Court on the plaintiff's *pro se* complaint. The Court has reviewed it and finds it totally inadequate to serve as the basis for proceeding in this case. A complaint must assert jurisdiction, namely what federal statute or statutes were allegedly violated; venue; amount in controversy; parties; and in this case whether or not the plaintiff was required to file an EEOC complaint and whether she did, if required, and the outcome. The plaintiff has failed to do any of these things. The plaintiff seems to believe that the Court will appoint counsel for her. Even if the plaintiff is accorded *in forma pauperis* status, the Court will not appoint counsel. She will be required to pursue this case without court appointed counsel. Accordingly, it is

      **ORDERED** that the plaintiff's complaint is **stricken** and she **shall have** up to and including December 19, 2007, in which to file an amended complaint which cures the deficiencies noted by the Court. Failure to timely file an amended complaint shall result in dismissal of this case, for failure to prosecute, without further notice.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 6th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record